UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA R. FINLEY-CARMINER,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY SHERIFF, et al.,<br>Defendants. | No. 2:25-cv-02789 DAD CSK P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 9) |

Petitioner Latoya R. Finley-Carminer is proceeding *pro se* and *in forma pauperis* with an application for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2025, the assigned magistrate judge issued findings and recommendations recommending that this habeas action be dismissed for lack of jurisdiction. (Doc. No. 9.) Specifically, the magistrate judge concluded that because petitioner does not allege that she is in custody, but instead seeks an order invalidating an arrest warrant that has not been executed, habeas relief under § 2241 is not available to her because the court lacks jurisdiction over this action. (*Id.* at 3.)[1]

[1] The magistrate judge also pointed out that an order requiring petitioner to show cause in writing why this action should not be dismissed for lack of jurisdiction was issued and that petitioner failed to respond to that order. (Doc. No. 9 at 1.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 2, 2025 (Doc. No. 9) are adopted in full;
2. The petition for writ of habeas of habeas corpus (Doc. No. 1) is dismissed for lack of jurisdiction; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE